# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

BONNIE J HAVILAND

CHAPTER 13

CASE NO. 06-50263-SWR

JUDGE STEVEN W RHODES

Debtor _____ /

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM. # | TRUSTEE CLM. # | CLASS OF CLAIM | CHECK # | AMT. OF CHECK |
|---|---|---|---|---|---|
| BONNIE J HAVILAND 1432 MOORE ROAD ADRIAN, MI 49221 | 0 | 0 | Debtor Refund Unclaimed | 3392297 | $7.09 |
| **TOTAL** | | | | | $7.09 |

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

May 10, 2010

/s/ KRISPEN S. CARROLL_____
KRISPEN S. CARROLL (P49817)
719 Griswold
Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com